[No. 24307–1–I.   Division One.   February 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY JAMES CATER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–04154–3, James J. Dore, J., entered June 2, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Coleman, J.

[No. 23881–7–I.   Division One.   February 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE S. TROWBRIDGE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–1–00682–7, Stuart C. French, J., entered March 3, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Winsor, J. Pro Tem.

[No. 27512–7–I.   Division One.   February 11, 1991.]

DICK MARQUARDT, *as Insurance Commissioner, Appellant,* v. WASHINGTON HEALTH SERVICES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90–2–10359–5, George H. Revelle, J. Pro Tem., entered December 10, 1990. *Vacated* and *remanded* by unpublished per curiam opinion.